UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61875-CIV-ZLOCH

ALAN HIRSCHENSON,

    Plaintiff,

vs.     **O R D E R**

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Alan Hirschenson's Reply Memorandum Of Law To Metlife's Amended Answer, Affirmative Defenses, And Counterclaims For Declaratory Relief (DE 23) and Reply To Metlife's 3/18/08 Amended Answer, Affirmative Defenses And Counterclaims For Declaratory Judgment (DE 24), which the Court construes as Motions To Dismiss. The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    The Court notes that only a short and plain statement of facts needs to be set out to comply with the liberal pleading requirements of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 8(a). The Supreme Court recently reformulated its test for determining the sufficiency of a complaint as stated in Conley v. Gibson, 355 U.S. 41, 45-46 (1957). See Bell Atlantic Corp. v. Twombly, 550 U.S. ___, 127 S. Ct. 1955 (2007). In Twombly, the Court stated that "[f]actual allegations must be enough to raise a right to relief above the speculative level." Id. at 1965. The

Court further explained that "a well-pleaded complaint may proceed even if it strikes a savvy judge that actual proof of those facts is improbable, and that recovery is very remote and unlikely." Id. (quotations omitted).

Defendant Metropolitan Life Insurance Company's Counterclaim contained within its Answer (DE 22) clearly satisfies the pleading requirements of Rule 8(a).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Alan Hirschenson's Reply Memorandum Of Law To Metlife's Amended Answer, Affirmative Defenses, And Counterclaims For Declaratory Relief (DE 23) and Reply To Metlife's 3/18/08 Amended Answer, Affirmative Defenses And Counterclaims For Declaratory Judgment (DE 24), which the Court construes as Motions To Dismiss, be and the same are hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of July, 2008.

／s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record